65 A.3d 299

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Long Beach Mortgage Loan Trust 2005–WL1 and Judge Leon Tucker, in the Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania, Civil Trial Division, Respondents**

v.

**James COPPEDGE, Petitioner.**

**No. 9 EM 2013.**

Supreme Court of Pennsylvania.

April 19, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 19th day of April, 2013, the Petition for Review is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.

65 A.3d 300

**Timothy LAWRENCE, Petitioner**

v.

**Kevin M. DOUGHERTY, Administrative Judge, Family Court Division of the Court of Common Pleas, Philadelphia County, Respondent.**

**No. 14 EM 2013.**

Supreme Court of Pennsylvania.

April 19, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 19th day of April, 2013, the Petition for Writ of Mandamus is **DENIED.**